IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VALLEY BOYS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | 8:14CV3148<br><br>ORDER |

IT IS ORDERED:

The motion to permit Attorney John M. Owen to withdraw as counsel on behalf of Plaintiff Valley Boys, Inc, (filing no. 22), is granted.

December 9, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge