IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VALLEY BOYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALLSTATE INSURANCE COMPANY, <br><br> Defendant. | **8:14CV3148** <br><br> **ORDER** |

IT IS ORDERED:

The motion to permit Julie A. Martin to withdraw as attorney of record for Defendant, Allstate Insurance Company, (filing no. 31), is granted.

January 22, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge