# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VALLEY BOYS, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:14CV3148** |
| | ) | |
| V. | ) | |
| | ) | |
| **ALLSTATE INSURANCE COMPANY,** | ) | **ORDER** |
| | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon the motion of Brian Nolan and the law firm Nolan, Olson & Stryker, P.C., L.L.O. (the "Firm") to withdraw as counsel for Defendant. (Filing 40.)  Upon the representation that said Defendant will remain represented in this action, the motion to withdraw will be granted.

Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw as Attorney (filing 40) is granted.

2. The Clerk of Court shall terminate the appearances of Mr. Nolan and the Firm as counsel for Defendant and shall terminate future notices to them in this matter.

**DATED April 27, 2015.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**