# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| VALLEY BOYS, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 8:14CV3148 |
| ALLSTATE INSURANCE COMPANY, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motion For Protective Order ([Filing No. 68](#)), Motion to Compel Additional Deposition Dates ([Filing No. 71](#)), and Motion to Extend Deadlines ([Filing No. 72](#)).  Plaintiff has filed a Notice of Withdrawal ([Filing No. 73](#)) of the above motions because the parties have agreed to work out their differences.  Plaintiff states it has agreed to withdraw the motions and the parties will file a joint proposed scheduling order for this court's consideration.  Accordingly,

**IT IS ORDERED:**  Plaintiff's Motion for Protective Order ([Filing No. 68](#)), Motion to Compel Additional Deposition Dates ([Filing No. 71](#)), and Motion to Extend Deadlines ([Filing No. 72](#)), are denied as moot.

DATED:  June 6, 2016.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**