# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VALLEY BOYS, INC.,** | ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | 8:14CV3148 |
| **ALLSTATE INSURANCE COMPANY,** | ) ) ) | ORDER |
| **Defendant.** | ) ) ) | |

This matter is before the court on the parties' Joint Motion to Stay Discovery Deadline Pending Mediation (Filing No. 95).  Having reviewed the pleadings and being fully advised in the matter, the Court finds that the motion should be granted.  Accordingly,

**IT IS ORDERED:**

1. The Joint Motion to Stay Discovery Deadline Pending Mediation (Filing No. 95) is granted.

2. This case is stayed for a period of **60 days** from the date of this order to permit the parties to participate in mediation.

3. During the period of stay, compliance with deadlines established by the progression order, responses to discovery, and other proceedings shall not be required.

4. Within five days following mediation, the plaintiff's counsel shall file a report on the status of the mediation and whether the case has been settled.

DATED:   October 13, 2016.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**