IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VALLEY BOYS, INC. D/b/a VALLEY BOYS ROOFING,** Assignee, | ) ) ) ) | Case No. 8:14CV3148 |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) ) | |
| **ALLSTATE INSURANCE COMPANY,** | ) ) ) | |
| Defendant. | ) | |

This case is before the court on the Joint Motion for Additional Stay (#99) as the parties finalize their settlement reached through mediation.

**IT IS ORDERED:**

1. The motion for additional stay (#99) is granted. The stay is extended to **March 31, 2017.**

2. On or before **March 31, 2017,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The pretrial conference set for May 22, 2017 and the jury trial set for the week of June 20, 2017, are cancelled upon the representation that this case is settled.

Dated: March 1, 2017.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge