IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VALLEY BOYS, INC.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>　　　　　　Defendant. | 8:14CV3148<br><br>ORDER OF DISMISSAL |

This matter is before the Court on Plaintiff's Dismissal with Prejudice, ECF No. 104.  Under Federal Rule of Civil Procedure 41(a)(2), the Court finds that the motion should be granted, and the above-captioned action should be dismissed with prejudice. The Court will not assess costs or attorney's fees.  Accordingly,

IT IS ORDERED:

1. Plaintiff's Dismissal with Prejudice, ECF No. 104, is granted;

2. The above-captioned action is dismissed with prejudice;

3. Any pending motions are terminated; and

4. The Court will not assess costs or attorney's fees.

Dated this 22nd day of March, 2017.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　Chief United States District Judge